NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**JESS W. WOOD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7041

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-1275, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## O R D E R

Jess W. Wood moves to stay proceedings in this appeal pending the court's disposition in *Chotta v. Shinseki*, 2009-7135. The Secretary of Veterans Affairs responds.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Wood's brief is due within 60 days of the date of filing of this order.

FOR THE COURT

FEB 0 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Scott D. Austin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 4 2011

JAN HORBALY
CLERK